McGREGOR W. SCOTT
United States Attorney
BOBBIE J. MONTOYA
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL E. VINCENT,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>JO ANNE B. BARNHART,<br>Commissioner of<br>Social Security,<br><br>　　　　　Defendant. | Case No. 2:00-CV-02481-WBS-DAD<br><br>STIPULATION AND [proposed]<br>ORDER DISMISSING CASE |

　　　By Order filed March 19, 2002, this Court remanded the above-captioned case to the Commissioner of Social Security for further proceedings pursuant to sentence six of 42 U.S.C. § 405(g). In accordance with the Court's Order, the Appeals Council remanded this case to an Administrative Law Judge (ALJ) for a supplemental hearing. By letter dated February 3, 2003, Plaintiff withdrew his hearing request. (*See* attached Notice of Dismissal at page 3 (Order of Dismissal).) In accordance with that withdrawal, the ALJ dismissed the hearing request. (*Id.*)

///

///

///

Stip. of Dismissal - 00-02481　　　　　　　　　　**1**

1  It is therefore stipulated by the parties, through their undersigned attorneys, and with the
2  approval of the Court as provided below, that Plaintiff does not wish to pursue further judicial
3  review in this matter and this action is dismissed.

4  DATED: April 18, 2006            /s/ James O. Keefer
                                    JAMES O. KEEFER
5
                                    Attorney for Plaintiff
6

7  DATED: April 18, 2006            McGREGOR W. SCOTT
                                    United States Attorney
8

9                                   By:  /s/ Bobbie J. Montoya
                                    BOBBIE J. MONTOYA
10                                  Assistant U. S. Attorney

11                                  Attorneys for Defendant
   OF COUNSEL:
12
   LUCILLE GONZALES MEIS
13  Chief Counsel, Region IX
   DONNA W. ANDERSON
14  Assistant Regional Counsel
   PETER THOMPSON
15  Assistant Regional Counsel
    United States Social Security Administration
16

17                          **ORDER**

18      **SO ORDERED.**

19
   **DATED: April 18, 2006**
20

21                          [signature]
                            WILLIAM B. SHUBB
22                          UNITED STATES DISTRICT JUDGE

23

24

25

26

27

28  Stip. of Dismissal - 00-02481              **2**